UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-233-JST (ANx)                                    Date:  February 7, 2012
Title:  C. Bradford Kelly, et al. v. Joel C. Romines, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Ellen Matheson   |   N/A   |
|---|---|
|   Deputy Clerk   |   Court Reporter   |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                 Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: STATUS OF SETTLEMENT PROCEEDINGS**

　　　　On July 16, 2011, the Court set January 30, 2012, as the deadline to conduct settlement proceedings.  (Scheduling Order, Doc. 24.)  Accordingly, the Court orders the parties to show cause in writing no later than **Thursday, February 9, 2012**, regarding the status of settlement proceedings.  Specifically, the parties are to address the following, without revealing the substance or outcome of the discussions:  (1) whether a settlement was reached; (2) the name of the mediator who conducted the settlement proceedings; (3) who was present at the mediation; and (4) whether further settlement proceedings will take place.

                                                                               Initials of Preparer:  enm