UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-233-JST (RNBx)                                          Date:  May 1, 2012
Title:  C. BRADFORD KELLY, et al. v. JOEL C. ROMINES, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

On June 16, 2011, the Court issued an Order on Jury Trial that ordered the parties to lodge a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Doc. 25.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from any party.

Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to file timely the referenced trial document.  No later than **May 4, 2012, 12:00 p.m.**, counsel shall file the referenced document and a separate written response explaining their disregard of the Court's Order on Jury Trial.  If the parties have resolved this matter, they may so advise the Court in lieu of responding to this Order to Show Cause.

Initials of Preparer:  enm